**Anthony PFEFFER, Petitioner— Appellant,**

v.

**Thomas MCBRIDE, Warden, Mount Olive Correctional Complex, Respondent—Appellee.**

No. 07–6296.

United States Court of Appeals, Fourth Circuit.

Submitted: July 9, 2007.

Decided: July 17, 2007.

Anthony Pfeffer, Appellant Pro Se. Robert David Goldberg, Office of the At-torney General of West Virginia, Charleston, West Virginia, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Vacated and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Pfeffer appeals the district court's January 5, 2007 order granting him in forma pauperis status on his appeal of the denial of his 28 U.S.C. § 2254 (2000) petition, but applying the filing fee provisions of the Prisoner Litigation Reform Act, 28 U.S.C. § 1915 (2000), to Pfeffer's appeal. Subsequently, the district court entered an order on February 16, 2007, in which it granted in forma pauperis status but did not require Pfeffer to pay a filing fee to prosecute his appeal. We grant Pfeffer in forma pauperis status in his underlying appeal and vacate the district court's January 5, 2007 order. We remand with instructions that any fee collected pursuant to the January 5, 2007 order be refunded to Pfeffer. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*